UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SURFSIDE SOLUTIONS INC.,

                        Plaintiff,                        25 Civ. No. 2579 (DEH) (GS)

       -against-

MNG 2005 INC.,                                   **VIDEO STATUS CONFERENCE ORDER**

                        Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Wednesday, August 13, 2025 at 10:00 a.m.**  Counsel are directed to submit a joint status letter no later than Friday, August 8, 2025 advising the court as to the status of this matter.  The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [218 935 358 376 6]  Passcode: [9aA2uP3k]**

      **SO ORDERED.**

DATED:     New York, New York
                 June 10, 2025

                                                             The Honorable Gary Stein
                                                             United States Magistrate Judge