**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

SURFSIDE SOLUTIONS INC.,

                        Plaintiff,

              -against-

MNG 2005 INC.,

                      Defendant.
------------------------------------------------------------------X

**25 Civ. No. 2579 (DEH) (GS)**

**PRE-SETTLEMENT**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Thursday, April 16, 2026 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 942 277 917#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held in May 2026.

        **SO ORDERED.**

DATED:    New York, New York
            March 30, 2026

                                     _____
                                    The Honorable Gary Stein
                                    United States Magistrate Judge