**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SURFSIDE SOLUTIONS INC.,

                     Plaintiff,

        -against-

MNG 2005 INC.,

                   Defendant.
-------------------------------------------------------------------X

**25 Civ. No. 2579 (DEH) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

All pending discovery deadlines shall be stayed pending the May 27, 2026, Video

Settlement Conference.

       **SO ORDERED.**

DATED:    New York, New York
            April 17, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge